# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SERRANO, | NO. CV 11-8686 FMO |
| Petitioner, | |
| v. | **JUDGMENT** |
| W.J. SULLIVAN, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 7th day of March, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge